Samuel M. Lasser (SBN – 252754)
slasser@edelson.com
EDELSON PC
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

Ari J. Scharg (Admitted *Pro Hac Vice*)
ascharg@edelson.com
John C. Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AZICH, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF PHOENIX, INC. an Arizona corporation,<br><br>*Defendant*. | Case No. 2:15-cv-01143-KJM-AC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that Plaintiff George Azich ("Plaintiff"), hereby voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) without prejudice as to his individual claim and without prejudice as to the claims of the putative class.

1.      Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P.

**NOTICE OF VOLUNTARY DISMISSAL**

1 | 41(a)(1)(A)(i).

2. Plaintiff filed his class action complaint against Defendant The University of Phoenix, Inc. ("Defendant") on May 27, 2015. Defendant has neither answered Plaintiff's complaint nor moved for summary judgment.

3. Accordingly, this matter may be dismissed without prejudice[1] and without an order of the Court.

Respectfully Submitted,

Dated: September 14, 2015

By:  /s/ Samuel M. Lasser
One of Plaintiff's Attorneys

Samuel M. Lasser (SBN – 252754)
slasser@edelson.com
EDELSON PC
1934 Divisadero Street
San Francisco, California 94115
Tel.: (415) 994.9930
Fax: (415) 776.8047

Ari J. Scharg (Admitted *Pro Hac Vice*)
ascharg@edelson.com
John C. Ochoa (Admitted *Pro Hac Vice*)
jochoa@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff George Azich*

---

[1] *See* Fed. R. Civ. P. 41(a)(1)(B).

NOTICE OF VOLUNTARY DISMISSAL                2

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 14, 2015, I electronically filed the foregoing ***Plaintiff's Notice of Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(1)(A)(i)*** with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

Dated: September 14, 2015          By:    /s/ Samuel M. Lasser